# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD BERDELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>VELOCITY INVESTMENTS, LLC, AND MANDARICH LAW GROUP, LLP,<br><br>Defendant(s). | Case No. 20 C 1252<br>Judge Franklin U. Valderrama |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Velocity Investments, L.L.C. and Mandarich Law Group, LLP.
and against plaintiff(s) Ronald Berdell, on behalf of himself and all others similarly situated.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion

Date: 3/2/2021                    Thomas G. Bruton, Clerk of Court

                                  Analeah Charles, Deputy Clerk